**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LUIS MORALES, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY (GEICO),<br><br>　　　　Defendant. | Civil Action No. 1:26-cv-11130-DLC |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT UNTIL FOURTEEN (14) DAYS AFTER COURT-SPONSORED MEDIATION SCHEDULED FOR JULY 7, 2026**

Plaintiff Luis Morales and Defendant Government Employees Insurance Company ("GEICO") ask the Court to extend GEICO's deadline to answer or otherwise respond to Morales' Complaint until July 21, 2026, which is 14 days after a court-sponsored mediation before Judge Dein that has been scheduled for July 7, 2026. In support of their motion, the parties state as follows:

1.　　　On November 17, 2025, Morales filed the Complaint in Suffolk Superior Court. ECF No. 1-1.

2.　　　On March 5, 2026, GEICO removed the case to this Court. ECF No. 1. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), GEICO's response to the Complaint was originally due on March 12, 2026.

3.　　　On March 10, 2026, the Court allowed GEICO's assented-to motion to extend the deadline to respond to the Complaint through April 10, 2026. ECF No. 12.

4.　　　On April 3, 2026, at the parties' request, the Court referred the case to mediation before Judge Dein. ECF No. 15.

5. On April 7, 2026, the Court granted GEICO's assented-to motion for an extension of time to respond to the Complaint until 14 days after court-sponsored mediation. ECF No. 18. In its Order, the Court states that it presumed the court-sponsored mediation would take place within 60 days. *Id.*

6. In April and May 2026, the parties attempted diligently to schedule a mediation date before Judge Dein. However, because of Judge Dein's schedule, the earliest mediation date available was in July 2026.

7. On May 21, 2026, the parties' mediation before Judge Dein was scheduled for July 7, 2026. ECF No. 19.

8. If the case settles at mediation, a response to the Complaint will be unnecessary. If the case does not settle at mediation, GEICO can prepare a response to the Complaint within 14 days, meaning that there will be no meaningful delay.

9. This motion is made in good faith and not for purposes of delay. Granting it will not prejudice any party.

Accordingly, Morales and GEICO jointly request that the Court grant this motion and extend GEICO's deadline to respond to the Complaint to July 21, 2026, which is 14 days after the mediation scheduled for July 7, 2026.

DATED: June 4, 2026                                Respectfully submitted,


*/s/ Patrick J. Bannon*
Patrick J. Bannon (BBO #635523)
pbannon@seyfarth.com
Molly C. Mooney (BBO #687812)
mmooney@seyfarth.com
Erin Chow (BBO #714992)
echow@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile:  (617) 946-4801

*Attorneys for Defendant Government Employees*
*Insurance Company (GEICO)*



*/s/ Carlin J. Phillips*
Carlin J. Phillips (BBO #561916)
cphillips@phillipsgarcia.com
Andrew J. Garcia (BBO #559084)
agarcia@phillipsgarcia.com
PHILLIPS & GARCIA, P.C.
13 Ventura Drive
North Dartmouth, MA 02747
Telephone: (508) 998-0800
Facsimile:  (508) 998-0919

*Attorneys for Plaintiff Luis Morales*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Patrick J. Bannon*
Patrick J. Bannon
